■ In the Matter of ALBAN J. REICHERT, Resignor. [649 NYS2d 890] —Resignation accepted and name stricken from roll of attorneys. Present—Denman, P. J., Green, Lawton, Fallon and Callahan, JJ.

■ In the Matter of PHILIP R. ROTHSCHILD, for Reinstatement. [649 NYS2d 889] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.